IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-11-00160-CR

 

Freebird Bail Bonds,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 

 



From the County Court
at Law No. 2

McLennan County, Texas

Trial Court No. 20101096CV2

 



MEMORANDUM  Opinion



 








            In a joint motion by Appellant,
Davie C. Westmoreland, d/b/a Freebird Bail Bonds, as agent for Allegheny
Casualty Co., surety, and Appellee, the State of Texas, the parties informed
the Court that they have entered into an agreement to resolve this appeal. 
Based on that agreement, the parties jointly request this Court to reverse the
judgment entered by the trial court in favor of the State and render judgment
against “surety, Davie C. Westmoreland as agent for International Fidelity
Insurance Company, in the amount of $147.”  See Tex. R. App. P. 42.1(a)(2)(A); see also Tex. Code Crim. Proc. Ann. art. 22.125
(Vernon 2009).  The joint motion states that it reflects the parties’ agreement
that the trial court’s judgment was in error and reversal is required.

            Therefore, we reverse the trial
court’s judgment and render judgment against surety, Davie C. Westmoreland as
agent for International Fidelity Insurance Company, in the amount of $147, in
accordance with the parties’ agreement.  See Tex. R. App. P. 42.1(a)(2)(A); 43.2(c).

 

REX
D. DAVIS

Justice

 

Before Chief
Justice Gray,

Justice
Davis, and

Justice
Scoggins

Reversed
and rendered

Opinion
delivered and filed July 27, 2011

Do
not publish 

[CV06]

 






om Brooks since we docketed this appeal on August
7, 2002. Under these circumstances, we conclude this appeal was not taken with the intention of
pursuing it to completion, but instead was taken for the purposes of delay. Accordingly, we
dismiss this appeal, under our inherent authority, for want of prosecution. Id.
 
                                                                   PER CURIAM

Before Chief Justice Davis,
      Justice Vance, and
      Justice Gray
Appeal dismissed
Opinion delivered and filed February 5, 2003
Do not publish
[CR25]